STATE v. WHITE

No. 88A87.

Case below: 84 N.C. App. 111.

Petition by defendant for stay of execution of judgment of the Court of Appeals denied 2 March 1987.

STATE v. WILLIAMS

No. 32P87.

Case below: 83 N.C. App. 526.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied without prejudice to defendant's right to file a motion for appropriate relief in the superior court on the same basis 4 March 1987.

TOWN OF HAZELWOOD v. TOWN OF WAYNESVILLE

No. 43P87.

Case below: 83 N.C. App. 670.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 March 1987. Petition by defendant for writ of supersedeas of the judgment of the Court of Appeals allowed 4 March 1987.

PETITION TO REHEAR

AZZOLINO v. DINGFELDER

No. 718PA84.

Case below: 315 N.C. 103.

Petition by plaintiffs denied 3 February 1987.